**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT (WESTERN DIVISION)**

| | |
|---|---|
| ISAIAS R. BARCARSE and CLARITA B. BARCARSE, individually and as Trustees of the I.R. and C.B. Barcarse Revocable Trusted dated 8/4/1987,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL MORTGAGE COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY, Trustee for the Certificateholders of DSLA MORTGAGE LOAN TRUST 2005-AR3, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR3; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; OLD REPUBLIC DEFAULT MANAGEMENT SERVICES; and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. CV13-4386-JAK (FFMX)<br><br>Honorable John A. Kronstadt<br>Courtroom 750<br><br>**JUDGMENT AS TO DEFENDANTS CENTRAL MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR THE CERTIFICATEHOLDERS OF DSLA MORTGAGE LOAN TRUST 2005-AR3, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR3, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**<br><br>**JS-6**<br><br>**Date:  January 13, 2014**<br>**Time:  8:30 a.m.**<br>**Courtroom: 750** |

Defendants CENTRAL MORTGAGE COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE FOR THE CERTIFICATEHOLDERS OF DSLA MORTGAGE LOAN TRUST 2005-AR3, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR3; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

**JUDGMENT OF DISMISSAL**            - 1 -

1  (collectively "Defendants") brought a Motion to Dismiss the Second Amended Complaint of
2  Plaintiffs ISAIAS R. BARCARSE and CLARITA B. BARCARSE, which was granted, with
3  prejudice.

4  **THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that
5  Judgment is hereby entered pursuant to which this action is dismissed with prejudice as to
6  Defendants, with Plaintiffs, ISAIAS R. BARCARSE and CLARITA B. BARCARSE to take
7  nothing from Defendants.  An award of fees and costs may be awarded in an amount to be
8  determined upon the appropriate application.

9  **IT IS SO ORDERED.**

Dated: February 4, 2014

_____
The Honorable John A. Kronstadt
United States District Court Judge

**JUDGMENT OF DISMISSAL**            - 2 -